UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, by its Attorney General, Keith Ellison,<br><br>      Plaintiff,<br><br>  v.<br><br>AMERICAN PETROLEUM INSTITUTE, EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, KOCH INDUSTRIES, INC., FLINT HILLS RESOURCES LP, and FLINT HILLS RESOURCES PINE BEND,<br><br>      Defendants. | Case No. 20-CV-1636 JRT/HB<br><br>**NOTICE OF CONSENT TO REMOVAL BY DEFENDANT AMERICAN PETROLEUM INSTITUTE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

  PLEASE TAKE NOTICE that Defendant American Petroleum Institute ("API")[1] has consented to the removal of this action from the Ramsey County District Court, Second Judicial District of Minnesota, Case No. 62-CV-20-3837, to the United States District Court for the District of Minnesota pursuant to 28 U.S.C. §§ 1331, 1332(a), 1332(d), 1441(a), 1442(a), and 1453(b), and 43 U.S.C. § 1349(b)(1), as stated at page 1, footnote 1 of the Notice of Removal filed by Defendants Exxon Mobil Corporation and ExxonMobil Oil Corporation. Dkt. 1. By this Notice of Consent, API hereby reaffirms its consent to said removal of this action.

---

[1] API reserves all rights, including defenses and objections as to venue, service, personal jurisdiction, etc.; the filing of this Notice is subject to, and without waiver of, any such defenses and objections.

2

| | |
|---|---|
| DATE:  July 27, 2020 | s/Thomas H. Boyd |
| | Thomas H. Boyd (MN #200517) |
| | Eric F. Swanson (MN # 188128) |
| | tboyd@wintrhop.com |
| | eswanson@winthrop.com |
| | 225 South Sixth Street, Suite 3500 |
| | Minneapolis, MN 55402 |
| | (612) 604-6400 |
| | tboyd@winthrop.com |
| | eswanson@winthrop.com |

and

MCGUIREWOODS LLP

Andrew G. McBride*
2001 K Street N.W.
Washington, D.C. 20006
(202) 857-1700
amcbride@mcguirewoods.com

Brian D. Schmalzbach*
800 East Canal Street
Richmond, VA 23219
(804) 775-1000
bschmalzbach@mcguirewoods.com

Amanda S. Hawkins*
501 Fayetteville Street
Raleigh, NC 27601
(919) 755-6600
ashawkins@mcguirewoods.com

*Pro hac vice forthcoming

***Attorneys for American Petroleum Institute***

20077655v1