# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| State of Minnesota, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 20-cv-1636 JRT/HB |
| American Petroleum Institute, Exxon Mobil Corporation, ExxonMobil Oil Corporaton, Koch Industries, Inc. , Flint HIlls Resources, LP, Flint Hills Resources Pine Bend, | |
| Defendants. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff's Motion to Remand [Docket No. 32] is **GRANTED.**
2. FHR Defendants' Motion to Stay [Docket No. 56] is **DENIED.**

Date: 4/1/2021                                                                                   KATE M. FOGARTY, CLERK