UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, by its Attorney General, Keith Ellison,<br><br>         Plaintiff,<br><br>    v.<br><br>AMERICAN PETROLEUM INSTITUTE, EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, KOCH INDUSTRIES, INC., FLINT HILLS RESOURCES LP, FLINT HILLS PINE BEND,<br><br>         Defendants. | Case No. 20-cv-1636-JRT-HB |

**DECLARATION OF LEIGH CURRIE IN SUPPORT OF PLAINTIFF
STATE OF MINNESOTA'S OPPOSITION TO MOTION TO STAY**

I, Leigh Currie, declare as follows:

1. I am an attorney admitted to practice law before all courts of the State of Minnesota. I am a Special Assistant Attorney General at the Minnesota Attorney General's Office, and an attorney for Plaintiff the State of Minnesota in this action. I submit this Declaration in support of Plaintiff's Opposition to Defendants' Motion to Stay Execution of the Remand Order Pending Appeal, filed concurrently herewith. I have personal knowledge of the facts set forth below, and if called upon to testify, I could and would competently testify to them.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the civil docket of *Beyond Pesticides v. Exxon Mobil Corp.*, No. CV 20-1815 (TJK), pending in the U. S. District Court for the District of Columbia. The Court's Minute Orders are dated March 26, 2021 and April 6, 2021, and highlighted in the document.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the District of Columbia Circuit Court of Appeals' Order in *In re Exxon Mobil Corp.*, No. 21-8001 (D.C. Cir. Apr. 6, 2021).

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Fourth Circuit Court of Appeals' Order denying a motion to stay in *Mayor and City Council of Baltimore v. BP P.L.C.*, No. 19-1644 (4th Cir. Oct. 1, 2019).

5. Attached hereto as **Exhibit 4** is a true and correct copy of the U.S. District Court for the District of Rhode Island's Text Order denying Defendants' Motion to Stay Remand Order Pending Appeal in *State of Rhode Island v. Shell Oil Prods. Co.*, No. 1:18-cv-395-WES-LDA (Sept. 10, 2019).

6.     Attached hereto as **<u>Exhibit 5</u>** is a true and correct copy of the First Circuit Court of Appeals' Order denying Defendants' request for a stay pending an appeal of the district court's remand order in *State of Rhode Island v. Shell Oil Prods. Co.*, No. 19-1818 (1st Cir. Oct. 7, 2019).

I declare under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct.  Executed on April 13, 2021, in St. Paul, Minnesota.

<u>/s/     Leigh Currie       </u>